IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

BILLY KLEIN                                                                                           PLAINTIFF

vs.                                                           CIVIL ACTION NO. 1:23cv337 HSO-BWR

SAFECO INSURANCE COMPANY OF AMERICA                                        DEFENDANT

## NOTICE OF REMOVAL

Defendant, Safeco Insurance Company of America (hereinafter referred to as "Safeco" or "Defendant"), hereby files this Notice of Removal, removing this action from the Circuit Court of Jackson County, Mississippi, to the United States District Court for the Southern District of Mississippi, Southern Division. In support thereof, Defendant would show as follows:

1. This is a civil action filed by Billy Klein against Safeco Insurance Company of America in the Circuit Court of Jackson County, Mississippi, bearing civil action no. 23-cv-173. Safeco was served with process on October 30, 2023, and this case first became removable to this Court at that time.

2. This action filed by the Plaintiff against Defendant is a suit of a civil nature wherein the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00. The Plaintiff's Complaint demands certain sums from Defendant under a homeowner's insurance policy with the following coverages:

    Coverage A: Loss of Dwelling - $138,800.00

    Coverage B: Loss of Other Structures on Premises - $13,880.00

    Coverage C: Loss of Personal Property - $69,400.00

    Additional Living Expenses - $27,760.00

   Total - $249,840

Plaintiff's Complaint alleges damages as a result of Hurricane Zeta.  He alleges that an inspection by PCG Consulting on May 25, 2022, documented $59,509.62 in damages to the Dwelling and $6,428.17 in damages to Other Structures, for a total of $65,937.79. Plaintiff further alleges, without additional damage amounts, that he has suffered damages for "diminution of the value of the Property," "Actual repair costs," "Reimbursement for personal repairs to the Property," Actual costs related to personal property manipulation, cleaning, repair and/or replacement," "Additional living expenses," as well as an unspecified amount of *Veasley*[1] damages, including damages for  "Mental anguish", "Attorney's fees, other professional fees, and litigation costs," and "bad faith penalties" or punitive damages relating to his claim *See Allstate Ins. Co. v. Simpson,* 2018 WL 4054331, at *4 (S.D. Miss. August 24, 2018)(J. Ozerden)(" An award of punitive damages in a "single digit ratio" to the $14,495.61 in compensatory damages could easily exceed $75,000.00"), citing *Gentiva Certified Healthcare Corp. v. Rayborn*, 2016 WL 164322, at *3 (S.D. Miss. Jan. 13, 2016)(J. Bramlette)(holding that the requisite $75,000.00 jurisdictional amount compared to a potential $13,000.00 compensatory award is less than a 6 to 1 ratio, well within the "single digit ratio" which the Supreme Court suggests complies with due process)(citing *State Farm Mut. Auto. Ins. Co. v. Campbell*, 538 U.S. 408, 425 (2003)); *White v. Allstate Ins. Co.*, 2018 WL 2244721, at *4 (S.D. Miss. May 16, 2018)(J. Ozerden)(finding defendant met its burden of demonstrating jurisdictional amount in controversy because "[a]n award of [punitive] damages in a 'single digit ratio' to the requested $25,000.00 in compensatory damages could easily exceed the $75,000.00 jurisdictional minimum"); *Steilberg v. Bradley,* 2016 WL 1455454 (S.D. Miss. April 12,

---

[1] Damages allegedly allowed by the Mississippi Supreme Court's decision in *Universal Life Ins. Co. v. Veasley*, 610 So.2d 290 (Miss. 1992)

2016)("undisputed that Mississippi juries routinely award damages for pain and suffering and/or mental or emotional damages in excess of $75,000")(quoting *Holmes v Citifancial Mortg. Co.*, 436 F.Supp.2d 829,832 (S.D. Miss. Mar. 29, 2011); *Colony Ins. Co. v. Ropers*, 2011 WL 1226095, at *3 (S.D. Miss. March 29, 2011)(J. Starrett)(holding "that the punitive damages claims in the underlying tort suits results in the amount of controversy requirement for this action being met"); *Haney v. Continental Cas. Co.*, 2008 WL 5111021, at *1-2 (S.D. Miss. Dec. 2, 2008)(J. Lee)(unspecified claim for punitive damages sufficient to establish diversity jurisdiction); *Easterling v. Glaxo Welcome, Inc.*, 2006 WL 1272680, at *3 (S.D. Miss. May 9, 2006)(J. Lee)(same); *Brasell v. UnumProvident Corp.*, 2001 WL 1530342, at *2 (N.D.Miss. Oct. 25, 2001)(J. Davidson)(citing *St. Paul Reinsurance Co., Ltd. v. Greenberg*, 134 F.3d 1250, 1255 (5th Cir. 1998); *Marcel v. Pool Co.*, 5 F.3d 81, 84–85 (5th Cir.1993)); *Chambley v. Employers Ins. of Wausau*, 11 F. Supp.2d 693, 695 (S.D. Miss. 1998)(J. Barbour)("Juries in Mississippi frequently award damages (compensatory and punitive) in excess of $75,000 in actions based on wrongful denial of insurance benefits."); *Allstate Ins. Co. v. Hilbun*, 692 F. Supp. 698, 700-01 (S.D. Miss. 1988)("Punitive damages can be included to reach the amount in controversy requirement if, under the governing law of the suit, they are recoverable.")(citing *Bell v Preferred Life Assurance Society*, 320 U.S. 238, 64 S. Ct. 5, 88 L. Ed. 15 (1943).

  4. This action involves a controversy between citizens of different states:

 (a) Plaintiff, Billy Klein, is a citizen of the State of Mississippi.

 (b) Safeco Insurance Company of America is a foreign corporation created and existing under the laws of the state of New Hampshire with its principal place of business in Boston, Massachusetts.

(c) Diversity of citizenship existed between Plaintiff Billy Klein and Defendant at the time this case was commenced by the Plaintiff, at the time of service of process on Defendant, and at the time of this removal.

5. The civil action filed by the Plaintiff in the Circuit Court of Jackson County, Mississippi, is one of which the District Courts of the United States have original jurisdiction pursuant to 28 U.S.C. §1332. Therefore, this action may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441.

6. The United States District Court for the Southern District of Mississippi and the Southern Division of said Court are the District and Division embracing the place wherein the aforesaid state court action is pending.

7. This Notice of Removal is being filed pursuant to 28 U.S.C. §1446(b) within thirty days of the date the Complaint was served upon Defendant. Pursuant to 28 U.S.C. §1446(a), attached hereto as **Exhibit A** is a true and correct copy of all process, pleadings, and orders served on Defendant, Safeco Insurance Company of America, in this action from which it may be ascertained that this case is one which is or has become removable to this Court in full compliance with the laws of the United States. Attached hereto as **Exhibit B** is a true, correct and complete copy of the entire state court file.

8. Defendant will give written notice of the filing of this Notice of Removal to the Plaintiff, and a true and correct copy of this Notice will be duly filed with the Clerk of the Circuit Court of Jackson County, Mississippi, as required by 28 U.S.C. §1446(e).

WHEREFORE, Defendant, Safeco Insurance Company of America, requests this Court to proceed with the handling of this case as if it had been originally filed herein, and that further proceedings in the Circuit Court of Jackson County, Mississippi, be hereby stayed.

This the 28th day of November 2023.

        Respectfully submitted,

        SAFECO INSURANCE COMPANY
        OF AMERICA

    By:    */s/ Ford Bailey*
        Clifford K. (Ford) Bailey, III (MSB #1686)
        Daniel J. Hammett (MSB 105500)
        Its Attorneys

OF COUNSEL:

WELLS MARBLE & HURST, PLLC
300 Concourse Blvd., Suite 200
Ridgeland, MS 39157
Telephone: (601) 605-6900
Facsimile: (601) 605-6901
fbailey@wellsmarble.com
dhammett@wellsmarble.com

## **CERTIFICATE OF SERVICE**

I, Clifford K. (Ford) Bailey, III, do hereby certify that this Notice of Removal is being served electronically on counsel for the Plaintiff and the Circuit Clerk of Jackson County, Mississippi, as follows:

Jason C. Webster, Esq.                    (via ECF & MEC)
WEBSTER VICKNAIR MACLEOD
6200 Savoy Drive, Suite 150
Houston, TX 77036
filing@thewebsterlawfirm.com

ATTORNEY FOR PLAINTIFF

Randy Carney, Clerk                       (via MEC)
Jackson County Circuit Court
P.O. Box 998
Pascagoula, MS 39568-0998

CIRCUIT CLERK OF JACKSON COUNTY

This the 28th day of November 2023.

                                                */s/Ford Bailey*
                                               Clifford K. (Ford) Bailey, III